UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NOELLE VELENTZAS, et al.,

        Defendants.

- - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 15-M-303

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander A. Solomon, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          April 2, 2015

                                                                   _s/Viktor V. Pohorelsky_
                                                  HONORABLE VIKTOR V. POHORELSKY
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  EASTERN DISTRICT OF NEW YORK